**No. P67/298.**—Illfelder Importing Co., Inc., et al. *v.* United States, protests 64/8656, etc. (New York).

RICHARDSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called "miniature hunting knives" similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (56 Cust. Ct. 489, C.D. 2686), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 11, 1967

**No. P67/299.**—S. Nakashima, Inc. *v.* United States, protest 61/16776 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of miniature motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

**No. P67/300.**—Selectile Co., Inc. *v.* United States, protests 59/10353 and 60/30842 (Los Angeles).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiff was sustained.